IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN WILLIAM WALLACE,

    Plaintiff,

  v.

STATE OF CALIFORNIA, ET AL.,

    Defendants.
                                       /

No. C 10-80269 JSW MISC

**ORDER RE PRE-FILING REVIEW AND DISMISSING COMPLAINT**

The Court is under the obligation to pre-review the document filed by Mr. Wallace on November 5, 2010. Because he continued to submit unmeritorious filings with the Court, on November 17, 2004, in *Wallace v. United States Government, et al.*, C04-1147 FMS, Mr. Wallace was cautioned that a pre-filing review order, requiring judicial permission would apply to any new case he might file with this Court. Having reviewed the document filed by Mr. Wallace, he fails to state a claim that is cognizable. Therefore, leave to file is DENIED and this matter is DISMISSED.

**IT IS SO ORDERED.**

Dated: November 9, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOHN WILLIAM WALLACE,

    Plaintiff,

v.

STATE OF CALIFORNIA, et al,

    Defendant.

Case Number: CV10-80269 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 9, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John William Wallace
General Delivery
Pasco, WA 99301

Dated: November 9, 2010

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk